IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-069-KDB-DCK

| | |
|---|---|
| **TAILORED CHEMICAL PRODUCTS, INC.,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **DAFCO INC., et al.,** | )<br>)<br>) |
| **Defendants**. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) filed by R. Steven DeGeorge, concerning Grace C. Hearn, on July 19, 2021. Grace C. Hearn seeks to appear as counsel *pro hac vice* for Defendants Eco-Tote Container Services, LLC and Thomas J. McKittrick. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) is **GRANTED**. Grace C. Hearn is hereby admitted *pro hac vice* to represent Defendants Eco-Tote Container Services, LLC and Thomas J. McKittrick.

**SO ORDERED**.

Signed: July 19, 2021

David C. Keesler
United States Magistrate Judge