# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Tailored Chemical Products, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00069-KDB-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| DAFCO Inc. et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by a bench trial and the parties' post-trial submissions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 15, 2023 Order.

December 15, 2023

_Katherine Hord Simon_

Katherine Hord Simon, Clerk
United States District Court